he simply ruled that the evidence was not admissible.

 Bill No. 10 complains that the State was permitted to show that the burned building was insured, though such was not alleged in the indictment.

The evidence was admissible to prove motive. Black v. State, 123 Tex.Cr.R. 476, 59 S.W.2d 168.

Also, appellant offered testimony through Mrs. Splawn that the building was insured.

The evidence is sufficient to sustain the conviction and no reversible error appears.

The judgment is affirmed.

**Claude Buddy WAITES, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 27715.**

Court of Criminal Appeals of Texas.

Oct. 19, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is the possession of whisky and wine for the purpose of sale in a dry area; the punishment, thirty days in jail and a fine of $100.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal. Braun v. State, 158 Tex.Cr.R. 394, 257 S.W.2d 708; Alexander v. State, Tex.Cr.App., 269 S.W.2d 682; Warren v. State, Tex.Cr.App., 269 S.W.2d 682.

The appeal is dismissed.